# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA SOLIVEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-CV-2249 W (MSB)<br><br>**ORDER CLOSING CASE FILE BASED PARTIES' STIPULATED DISMISSAL** |

　　　The parties have filed a joint stipulation for dismissal, which states: "The Parties **STIPULATE** that the entire action shall be dismissed in its entirety with prejudice, with each party to bear its own attorney fees and costs." (*Stip.* [Doc. 13] 1:25–26.) Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties may dismiss a case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." The stipulation is signed by counsel for both parties. Thus, this matter is **DISMISSED** per the parties' stipulation. The clerk is **ORDERED** to close the district court case file.

　　　**IT IS SO ORDERED**.

Dated: May 18, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge